United States Courts
Southern District of Texas
FILED
*October 01, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **(1) PEDRO SALGADO** <br><br> **(2) JONATHAN DOWNING,** <br><br> **(3) ERNESTO MANUEL GELI,** <br><br> and <br><br> **(4) MANUEL ALEJANDRO PEREZ GARCIA,** <br><br> Defendants. | Case No. __4:25-cr-0519__ |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## INTRODUCTION

At all times material to this Indictment, FirstCash Holdings, Inc. is a Fort Worth based company, with stores, to include Bayou Pawn Shop #673, and products throughout the United States, engaged in the business of retail purchase and sale of consumer goods which are shipped in and affect interstate commerce.

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

Beginning on an unknown date, but no later than in or about November 2024, and continuing through at least on or about November 17, 2024, in the Houston Division of the Southern District of Texas, the defendant,

1

**PEDRO SALGADO**

and others unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, to obstruct, delay, and affect interstate commerce and the movement of any article and commodity in commerce by means of a robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully conspire and agree to take and obtain the property of Bayou Pawn Shop #673, located at 5906 N. Shepherd Drive, Houston, Texas, which was in the possession and custody of an employee of Bayou Pawn Shop #673, namely firearms, jewelry, and United States currency, by means of actual and threatened force, violence, and fear of injury to those in possession of those items.

All in violation of Title 18, United States Code, Section 1951(a)

## COUNT TWO

### Interference With Commerce by Robbery

On or about November 17, 2024, in the Houston Division of the Southern District of Texas, the defendant,

**PEDRO SALGADO**

and others unknown to the Grand Jury, aiding and abetting each other, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Bayou Pawn Shop #673, located at 5906 N. Shepherd Drive, Houston, Texas, which was in the possession and custody of an employee of Bayou Pawn Shop #673, namely firearms, jewelry, and United States currency, by means of actual and threatened force, violence, and fear of injury,

immediate and future, to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT THREE

### False Statement to a Federal Firearms Licensee

On or about December 18, 2024, in the Houston Division of the Southern District of Texas, the defendants,

**JONATHAN DOWNING,** and

**MANUEL ALEJANDRO PEREZ GARCIA,**

aiding and abetting each other, knowingly made a false statement and representation to T.C., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bayou Pawn, in that the defendants acquired a firearm, that is, a Taurus 9x19 caliber pistol, serial number TLW17859, by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the aforementioned firearm, whereas in truth and in fact he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT FOUR

### Engaging in the Business of Dealing Firearms Without a License

Beginning on an unknown date, but no later than on or about February 21, 2025, and continuing through at least on or about April 10, 2025, said dates being approximate, in the Houston Division of the Southern District of Texas, the defendants,

**PEDRO SALGADO,** and

**JONATHAN DOWNING,**

aiding and abetting each other and not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in and manufacturing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## COUNT FIVE

### Possession of Stolen Firearms

On or about February 21, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**PEDRO SALGADO,** and

**JONATHAN DOWNING,**

aiding and abetting each other, did knowingly receive, possess, conceal, store, barter, sell, and dispose of a stolen firearm, which moved as, was part of, which constitutes, and was shipped and transported in, interstate and foreign commerce, that is, a Magnum Research Inc., Desert Eagle .50 caliber pistol, serial number DK0114715; a Magnum Research Inc., Desert Eagle .50 caliber pistol, serial number DK0118519; a Colt .45 caliber pistol, serial number SCC022433; and a Colt .45 caliber pistol, serial number SCC022487, knowing and having reasonable cause to believe that the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## COUNT SIX

### Possession of Stolen Firearms

On or about March 3, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**PEDRO SALGADO,** and

**JONATHAN DOWNING,**

aiding and abetting each other, did knowingly receive, possess, conceal, store, barter, sell, and dispose of a stolen firearm, which moved as, was part of, which constitutes, and was shipped and transported in, interstate and foreign commerce, that is, a Kimber .45 caliber pistol, serial number K943001, and a Kimber .45 caliber pistol, serial number KU211009, knowing and having reasonable cause to believe that the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## COUNT SEVEN

### Possession of Stolen Firearms

On or about March 27, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**PEDRO SALGADO,** and

**JONATHAN DOWNING,**

aiding and abetting each other, did knowingly receive, possess, conceal, store, barter, sell, and dispose of a stolen firearm, which moved as, was part of, which constitutes, and was shipped and transported in, interstate and foreign commerce, that is, a Fabrique Nationale H PS-90 rifle, serial number FN154512, knowing and having reasonable cause to believe that the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## COUNT EIGHT

### Possession of Stolen Firearms

On or about April 10, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**PEDRO SALGADO,** and

**JONATHAN DOWNING,**

aiding and abetting each other, did knowingly receive, possess, conceal, store, barter, sell, and dispose of a stolen firearm, which moved as, was part of, which constitutes, and was shipped and transported in, interstate and foreign commerce, that is a:

UMX .22 caliber pistol, serial number HD050257;
Kel-Tec 12-gauge shotgun, serial number XYDF11;
HEC .40 caliber pistol, serial number 22-103266;
Sig Sauer 9mm pistol, serial number 58J553363;
Sig Sauer .45 caliber pistol, serial number 54A057103;
Glock .40 caliber pistol, serial number WEX056;
Sig Sauer .380 caliber pistol, serial number 27B060978;
Kimber .45 caliber pistol, serial number KU274522;
KELTEC .22 caliber pistol, serial number WLN45;
HK USP Compact .40 caliber pistol, serial number 26-046381;
F.N. Herstal, .380 rifle, serial number HC44282;
USA .45 caliber pistol, serial number 25122;
Colt .45 caliber pistol, serial number DR67810;
Springfield Armory, .45 caliber pistol, serial number N481313;
Kimber .45 caliber pistol, serial number K461907;
Sig Saur, 9mm pistol, serial number SA34895;
Sig Sauer .40 caliber pistol, serial number UU775874;
Smith & Wesson .44 caliber revolver, serial number ANC6913;
Smith & Wesson .38 caliber revolver, serial number J723321;
Colt .45 caliber pistol, serial number NT492;
Colt .45 caliber pistol, serial number 70N18308;
Colt .38 revolver, serial number S40990;
Springfield .308 caliber rifle, serial number 197935;
Ruger .223 caliber rifle, serial number NRA800727;
Bushmaster .223 rifle, serial number SRR00115;
Ambush multi-caliber rifle, serial number AF001198C,

knowing and having reasonable cause to believe that the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

### COUNT NINE

### Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record

6

On or about April 10, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**ERNESTO MANUEL GELI,** and

**JONATHAN DOWNING,**

aiding and abetting each other, knowingly received and possessed a firearm, to wit: a firearm silencer, as defined in Title 18, United States Code, Section 921(a)(25), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT TEN

### Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record

On or about April 10, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**PEDRO SALGADO,** and

**JONATHAN DOWNING,**

aiding and abetting each other, knowingly received and possessed a firearm, to wit: a Harrington & Richardson shotgun, serial number AX540973, having a barrel of less than eighteen inches in length as defined in Title 18, United States Code, Section 921(a)(6), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5841, 5861(d), and 5871.

### NOTICE OF CRIMINAL FORFEITURE

The allegations contained in Counts Three through Ten of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28,

United States Code, Section 2461(c).

Pursuant to the foregoing, the United States of America hereby gives notice that any firearm or ammunition involved in violations of Title 18, United States Code, Sections 922(a)(1)(a), 922(j), and 924(a)(2), and 2, and Title 26, United States Code, Sections 5841, 5861(d), and 5871, as charged in Counts Three through Ten, are subject to forfeiture, including, but not limited to, the following:

1. Magnum Research Inc. .50 caliber pistol, serial number DK0114715;
2. Magnum Research Inc. .50 caliber pistol, serial number DK0118519;
3. Colt .45 caliber pistol, serial number SCC022433;
4. Colt .45 caliber pistol, serial number SCC022487;
5. Kimber .45 caliber pistol, serial number K943001;
6. Kimber .45 caliber pistol, serial number KU211009;
7. F.N. Herstal PS-90 rifle, serial number FN154512;
8. Umarex .22 caliber pistol, serial number HD050257;
9. Kel-Tec 12-gauge shotgun, serial number XYDF11;
10. HK, USP Expert .40 caliber pistol, serial number 22-103266;
11. Sig Sauer 9mm pistol, serial number 58J553363;
12. Sig Sauer .45 caliber pistol, serial number 54A057103;
13. Glock .40 caliber pistol, serial number WEX056;
14. Sig Sauer .380 caliber pistol, serial number 27B060978;
15. Kimber .45 caliber pistol, serial number KU274522;
16. KELTEC .22 caliber pistol, serial number WLN45;
17. HK Compact, .40 caliber pistol, serial number 26-046381;
18. F.N. 7.62 rifle, serial number HC44282;
19. Colt .38 caliber pistol, serial number 25122;
20. Colt .45 caliber pistol, serial number DR67810;
21. Springfield Armory .45 caliber pistol, serial number N481313;
22. Kimber .45 caliber pistol, serial number K461907;
23. Sig Sauer 9mm pistol, serial number SA34895;
24. Sig Sauer .40 caliber pistol, serial number UU775874;
25. Smith & Wesson .44 caliber revolver, serial number ANC6913;
26. Smith & Wesson .38 caliber revolver, serial number J723321;
27. Colt .45 caliber pistol, serial number NT492;
28. Colt .45 caliber pistol, serial number 70N18308;
29. Colt .38 revolver, serial number S40990;
30. Springfield Armory .308 caliber rifle, serial number 197935;
31. Ruger .223 caliber rifle, serial number NRA800727;
32. Bushmaster .223 rifle, serial number SRR00115;
33. Ambush multi-caliber rifle, serial number AF001198C;
34. Taurus 9mm caliber pistol, serial number TLW17859;

35. Kimber .45 caliber pistol, serial number K174133;
36. HK 9mm pistol, serial number 214-014520;
37. Colt .22 caliber pistol, serial number SM30701;
38. Colt .45 caliber revolver, serial number CJ49974;
39. Kimber .45 caliber pistol, serial number KU32487;
40. Smith & Wesson 9mm pistol, serial number HSC5042;
41. Colt .45 caliber pistol, serial number 294606C;
42. Colt .45 caliber pistol, serial number 80129G70;
43. Colt .380 caliber pistol, no serial number;
44. Beretta .40 caliber pistol, serial number BER368317;
45. Smith & Wesson .357 caliber revolver, serial number AHV2522;
46. Smith & Wesson .357 caliber revolver, serial number CCU3484;
47. Sig Saur .40 caliber pistol, serial number AFU11076;
48. Colt .357 caliber revolver, serial number KK6265;
49. Smith & Wesson .357 revolver, serial number BES1454;
50. Colt .380 caliber pistol, serial number MU36703;
51. Harrington & Richardson 20-gauge shotgun, serial number AX540973;
52. Colt .357 caliber revolver, serial number L78494;
53. Colt .38 caliber revolver, serial number N14426;
54. Colt .45 caliber pistol, serial number FL08995E;
55. Colt .380 caliber pistol, serial number RC38805;
56. Arsenal 7.62 caliber rifle, serial number IK370580;
57. Browning 12-gauge shotgun, serial number 435532;
58. Ithaca 12-gauge shotgun, serial number 371101743;
59. Remington 12-gauge shotgun, serial number D026146M;
60. Izhmash 410 shotgun, serial number H04200041;
61. Ruger .22 caliber rifle, serial number 354-29086;
62. F.I. Industries .380 caliber pistol, serial number CPA019325;
63. Privately made silencer.

A TRUE BILL:

Original Signature on File

**FOREPERSON OF THE GRAND JURY**

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

BY: _____

Keri Fuller
Assistant United States Attorney